# EXHIBIT A

II

MICHAEL K. JEANES
Clerk of the Superior Court
By Joan Lewis, Deputy
Date 03/03/2017 Time 17:00:46
Description                    Amount
---------- CASE# CV2017-004281 ----------
CIVIL NEW COMPLAINT            319.00 D
-----------------------------------------
TOTAL AMOUNT                     0.00
            Receipt# 25777818

KIDIST S. CHEREKA

502 N. 51ST STREET # 125,

PHOENIX, ARIZONA  85008,

(602)516-4925

THE SUPERIOR COURT OF ARIZONA

THE COUNTY OF MARICOPA

KIDIST S. CHEREKA,                          CASE No.

PLAINTIFF,                          CV 2017-004281

VS

DAVID R. SCHWARTZ, MINDY ZAPATA, GINGER WARD,

MATTHEW-JOLLY,JAKE-RIVERA,-Dr.JENNIFER-GRESCO,
JACQUELINE-PYLES,JOHN-DOE,
MARIA-WISE,KRISTIE-FOK,-SUZANNE-RINGLE,

MOTOYUKI NAKAGOME, KYOKO OLSON, SYDNEY CRAIG,          COMPLAINT

ROXANNE BECKSTROM- STERNBERG, JESSICA ZEKA, KIMBERLY

KERSHNER, Dr. MARIA HARPER-MARINICK, KATHRINE LAHLUM,

MARY ROSAS, Dr. KISHIA BROCK, MARICOPA COUNTY COMMUNITY

COLLEGES DISTRICT, GATEWAY COMMUNITY COLLEGE,

AND RIO SALADO COMMUNITY COLLEGE, ARIZONA EDUCARE,

SOUTHWEST HUMAN DEVELOPMENT Inc.

DEFENDANTS.

1

## I. JURISDICTION AND VENUE

All Defendants listed above reside and/or work in Maricopa County, State of Arizona. Therefore, The Superior Court of Arizona has the proper Jurisdiction and venue is proper. In other words, Defendants David Schwartz, Mindy Zapata, Ginger Ward, Mathew Jolly, Jake Rivera, Jennifer A. Gresc,o, Jacqueline Pyles, Mary Rosas, Maria wise, Kristie Fok, Suzanne Ringle, John Doe, Motoyuki Nagakome, Kyoko Olson, Sydney Craig, Roxanne Beckstrom-Sternberg, Jessica Zeka, Kimberly Kershner, John Doe, Dr. Maria Harper Marinick, Kathrine  Lahlum, Maricopa County Community Colleges District, Gateway Community College and Rio Salado Community College, Arizona EDUCARE, SOUTHWESTERN Human Development Inc. reside and/or work and do business in Maricopa county, State of Arizona. Therefore, the Superior Court of Arizona in ounty the proper jurisdiction and venue is proper.

First, let me cite the Ruling of the U.S. Supreme Court ruling of June 4th, 2007 the ruling that_was decided after the land mark decision of Bell Atlantic V. Twombly  decision of May 21, 2007._"The court of Appeals' departure from liberal pleading standards set forth by rule 8(a)(2) is even more pronounced in this particular case because petitioner has been proceeding, from the litigation outset without a counsel. A document filed Pro Se "to be liberally construed," Estelle, 429 U.S. at 106 and " Pro Se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Fed. Rule Civ. Proc. 8(f).( "All pleadings shall be construed as to do substantial justice."). Erickson V. Pardus 551 U.S. 89 (2007) June 4, 2007.

## II. FACTUAL ALLEGATIONS SUPPORTING PLAINTIFF

1 On or about 2/27/2017, 2/28/ Mr. David Schwartz instructed the Financial officials including Mary Rosas among others to cancel all financial aid that was already awarded to plaintiff and plaintiff had already accepted the said financial aid award. However, Mr. David Schwartz by conspiring with the teachers of Gateway Community and Rio Salado college officials, Mr. David Schwartz has managed to have me denied financial aid during the Spring Semester, 2017 so that I will drop out from as he did from Gateway Community College in 2016 despite I had 3.75 Cumulative Grade Point Average (CGPA) last year and because of the conspiracy of David Schwartz and Matthew Jolly, Jake Rivera, Mary Rosas, Suzanne Ringle, Kathrine Lahlum, Dr. Gresco and Ms. Pyles to name the few among others have managed to deny the already awarded financial aid since I

II

still have a Cumulative Grade Point Average of above 3.1 and I still fulfill all other requirements and yet my already awarded financial aid has been taken away on 2/27/2017 and the courses I already registered were cancelled and I was denied financial aid and even Dr. Kishia Brock, the Vice Chancellor denied me financial aid as well as the chancellor despite my obvious qualifications. This being the case, the above mentioned defendants have violated 42 USC 1983 under the color of the law by conspiring with immune officials as will be shown during the trial. Moreover, Mr. David Schwartz not only violated 42 USC 1983, but also violated 42 USC 1981 and section 1981 does not require under the color of the law as will be shown during the Trial. Above all, Mr David Shwartz have also violated 42 USC 1985 and 1986 because his conspiracy as will be shown during the trial.

2.Mr David Schwartz by conspiring with the teachers at the Gateway Community College and Rio Salado College by conspiring with many Teachers such as Math Teachers have managed to lower my grades. However, as long as your Cumulative GPA is not lower than 2.0, then you qualify for financial aid. This being the case since my GPA has always been above 3.1. Therefore, since they could not disqualify me, the just refused financial aid for no reason except because retaliation and because race, Black and national Origin.

As a result, Mr. Schwartz violated 42 USC 1983 under the Color of the law and 42 USC 1981, 1985 and 1986 as will be shown during the trial

3. Defendant David Schwartz by conspiring with his secretary fabricated an incredible story to show that plaintiff had indeed received defendants' response to plaintiff's motion and went to great length to fabricate the incredible story in order to have Plaintiff's case dismissed. Defendant Kimberly Kershner and David Schwartz claimed that an attorney who happens to be a friend of Attorney Schwartz went to office Max store and directly went to Office Max garbage and he found Mr. Schwartz's document on a cart that was supposed to have been left by plaintiff and there was a cash receipt. Such a fabricated story would have not been fabricated even by a third grade student because if the payment was made by cash, the story stops there since the payment could have been made by Mr. Schwartz or by Ms. Kershner or by Mr. John Doe i.e. the Phoenix attorney. I will replace John Doe when I know his true name during discovery. This is truly incredible story. By the way, I had never been to a store like Office Max, Staples or Fedex during the whole month at the time Mr. Schwartz's friend "found

3

"those papers from the office Max Garbage. By the way who told the Phoenix Attorney where to look for Mr. Schwartz's paper in Office Max garbage? Attorney Schwartz and John Doe should lose their licenses because of their fabrication of this great lie! In short, Mr. Schwartz violated 14th Amendment and 42 USC 1983 for denying plaintiff her due process and equal protection rights by fabricating such a great lie and I have been laughing to death the whole time I was writing this Amended complaint since I did not laugh this much even when I watched the movie Dumber and Dumber! But seriously, can Mr. Schwartz get away with this lie? Then, will plaintiff be denied due process like that? If that happens, plaintiff will definitely take the case to the Ninth Circuit and deal with Attorney professional misconduct as well as with the Judicial Misconduct of since she quoted Mr. Schwartz as the truth or as a fact, in her ruling! For instance, using simple common sense, one can easily see if the receipt shows that I used my debit card or my credit card, we can establish some suspicion although even then, one rational person can ask who told the lawyer to look in Office Max Garbage? In Math, the probability of occurring such an event is Zero! In English, it means Mr. Scwartz lied big time and that is why he is referred as Liar in Chief! Therefore, how did the Judge quoted Mr. Scwartz's false statement in her ruling? That is what clearly shows that Judge is biased in favor of the defendants.

4.Above all, I believe that Mr. Schwartz not only corrupted his own friend who happens to be a Phoenix attorney but I also believe that Mr. Schwartz also corrupted Judge . In the beginning, I believed that this judge is supposed to be a neutral judge because she is a Native American. However, later I realized that this judge is working with Attorney David Schwartz. Here, I would like to explain that I have the right to believe in anything or believe anything according to my First Amendment Right. Here, my belief is genuine and sincere based on the following facts. On December 8, 2016 Defendants responded to plaintiff's motion to extend the time to amend complaint and I received Defendants' response to my motion by mail. Therefore, I am assuming that Defendants mailed the said response on December 8, as the notice of service indicates the response was mailed to me on 12/8/2016. Therefore, counting 7 working days to respond from December 8, 2016; I will arrive as follows: December 8 does not count according to Rule 6. Therefore, we will start counting from December 9, Friday and excluding Saturday and Sunday and we arrive at the seventh day on December 19th. Then, we count 5 days for mailing, then we will arrive on Saturday, December 24th, 2016. Therefore, the next business day to reply for Plaintiff was December 27, 2016

according to rule 6 of the Federal_Rules Civil Procedure. But plaintiff replied on 12/23/2016 timely and filed with the court the_same day. Above all, plaintiff did not authorize any defendant to use Plaintiff's email address_not to mention I did not authorize even this court to use my email address leave alone_completing the required forms to inform the court or the defendant that I want to_communicate with the court and defendants through email. Above all I am a Pro Se litigant and_this new judge has cited old laws to equate Pro se Litigants with professional attorneys and U.S._Supreme Court has ruled on June 4, 2007, as I cited above. Thus, Pro Se litigants should be treated differently. This being the case, I believe that this judge_deliberately ruled on 12/23/2016 in order to exclude my reply and the judge dated her ruling by_"mistake 12/22/2016." not to mention the post marked date shows that the order was mailed_on 12/23/2016 and I believe this judge deliberately ruled 4 days before the last day of my reply. Therefore, I believe this judge has violated the Ninth Circuit Judicial Misconduct rules, I believe_this judge has been conspiring with Attorney David Schwartz, and I intend to file doing.

4. Adding insult to injury, after plaintiff submitted an affidavit stating that plaintiff did not_receive the court order and defendants failed to prove that defendants have served plaintiff by_a process server or plaintiff signed a return receipt proving that plaintiff has indeed received_this judge's order. But, the truth was that plaintiff was not served by a process server or by a_certified mail. That is why defendants lied and fabricated 100% lies and intentionally fabricated_a cart at office max in which they falsely claimed that a Phoenix attorney "found" defendants'_documents and receipt paid in cash does not have my credit card number in which either_defendants or the so called attorney might have copied and paid cash for it and fabricated the_greatest Lie of all time. That is their proof that plaintiff did receive the order of the court and_this lie was "believed" by this judge that is why this judge issued an order that plaintiff received_the order on Thursday, 12/29/2016 and plaintiff was ordered by this judge to amend her_complaint in just 5 working days when Rule 15 of Federal rules Civil procedure states at least 21_days be given to amend the complaint. There is no legitimate reason for the Judge to rush when_in fact we did not even have the Rule 16 scheduling Conference yet. Therefore, I believe Mr._Schwartz has been conspiring with Judge  in order to deny plaintiff her due process_by violating 42 USC 1983 in particular and 14th Amendment Rights of due process and equal_protection in general and I believe that the judge has been corrupted by Mr. Schwartz. As a_result Judge  even believed the Dumber and Dumber false story of

II

" finding" in Office Max Garbage, one signed response by Mr. Schwartz  by a friend of Mr. Schwartz and there cannot be more incredible story than this one! But this Judge believed it and even copied it in her ruling without any significant change. Therefore, I believe that Mr. Schwartz by conspiring with this judge Humetewa, plaintiff was denied her rights under 42 USC 1983 and due process and equal protection of the 14th Amendment to the U.S. Constitution because of major violation of the 14th Amendment due process and 42 USC 1983 by Mr. Schwartz that is why plaintiff had to file a law suit against Mr. Schwartz in order to stop him immediately since Mr. Schwartz has refused to follow the law and try to show how plaintiff's new amended complaint does not meet Twombly's requirements. Here, not only Mr. Schwartz can be sued under 42USC 1983, Gateway and MCCCD also can be sued under 42 USC 1983 because both defendants violated Plaintiff's due process and equal protection of the 14th Amendement to the U.S. Constitution. In that regard, please see Buckner V. Toro, 116 F.3rd 450(11th Cir. 1997) not to mention that all defendants can also be sued under 42 USC 1981, 1985 and 1986. However, Mr. Schwartz is firmly convinced that Plaintiff's amended complaint will meet all the requirements of Twombly. Therefore, Mr. Schwartz is corrupting this Judge (I believe) in order to get dismissal of plaintiff's complaint by illegal means. That was why the lawsuit was necessary to stop Mr. Schwartz. Above all, Mr. Schwartz has practically stopped working as an attorney and has joined the conspirators club of Gateway CC and Rio Salado College and has advised Ms. Kathrine Lahlum to drop me from her class because Mr. Schwartz master plan and he has left his job as an attorney. Please see at the last paragraph with Mrs. Lahlum as will be shown during the Trial. That is precisely why he has been as one of defendants because of such shameful and unethical act of Mr. Schwartz. Why does Mr. Schwartz involve himself in criminal activities instead of following the law and try to show plaintiff's amended complaint does not meet the Twombly requirements despite the fact it is impossible to show that!

5. Above all, Mr. Schwartz is not only hired as Attorney by the defendants, Mr. Schwartz is also telling defendants what to do in order to drive Plaintiff out of Maricopa community Colleges. As a result, Mr. Schwartz told defendant Kathrine Lahlum who was hired by Rio Salado College to teach English 101, to drop Plaintiff out even though Plaintiff Kidist Chereka has an "A" in English 101 on December 5, 2016 just at the end of Fall Semester so that Plaintiff will not continue with her next class English 102. In short, Plaintiff will pay her tuition while Plaintiff will fail to go to next class and will continue to repeat the class although she had worked hard but was denied to earn grade. In short,

7

ll

Mr. Schwartz by conspiring with Ms. Lahlum and Rio Salado and MCCCD are denying education by singling out Plaintiff because of her race, black and national origin in violation of 42USC1981 and 42USC 1983, 1985 and 1986 by violating 1954 Ruling of the U.S. Supreme Court, Brown V.Board of Education in particular, and the 14th Amendement to the U.S. Constitution. And because of constitutional violation, and because Ms. Lahlum and Mr. Shwartz are hired by Rio Salado College and MCCCD, the ruling of Buckner V. Toro (1997) cited still applies not to mention that all other defendants can be sued without any question, under 42 USC 1981, 1983, 1985 and 1986 and in violation of 14th Amendement to the U.S. Constitution!

6. Now, Mr. Schwartz has stepped up his conspiracy with Rio Salado teachers and Mr. Schwartz was not satisfied with Plaintiff getting "W" because I cannot be terminated from Rio Salado college unless my grades are "F"s and "D"s. As a result, by conspiring with Rio Salado College and MCCCD and Mr. Schwartz on or about 12/11/2016, 12/14/2016, 1/7/2017, 1/27/2017 conspired with Dr. Jennifer A. Gresco and Jacqueline Pyles who are teaching at Early Childhood Department. Mr. Shwartz is advising to give Plaintiff failing grades. Therefore, as planned by Mr. Schwartz, I was given in Early childhood courses such as CFS 164 and CFS 177 grades of "F" and "D" on or about 1/29/2016 and Dr. Gresco and assigned grades of "F" and "D" to me respectively as they were told by Mr. Schwartz. Then, in order to expose the conspiracy among Mr. Schwartz and Dr. Gresco and Ms. Pyles, I had to send my papers that were graded by Dr. Gresco and Ms. Pyles to two different teachers to grade my papers at a major University and a Community college, and I got "A"s in both courses i.e. in CFS 164 and CFS 177. Therefore, I will bring those teachers to testify in court that I should have gotten "A"s in both CFS164 and CFS 177 instead of "F" and "D" respectively. Then, I can easily show that Mr. Shwartz and Dr. Gresco and Ms. Pyles are sabotaging and denying me my education because of my race, Black and national origin in violation of my constitutional rights under 14th Amendment of due process and equal protection and specifically in violation of 42 USC 1981, 1983. 1985 and 1986 so that I will ultimately drop out of college. Therefore, it is because of such criminal activities of Shwartz that he was named as one of defendants not because I wanted him out of my case. In fact, I don't mind if Mr. Shwartz defends this case for the defendants. However, the problem for Defendants is Mr. Shwartz is a big liability for defendants especially in front of a Jury. In fact, I will be very happy if he stays on this case. Therefore, Mr. Shwartz argument in that regard is like that of a mediocre attorney! As a result, Dr. Gresco and Ms. Pyles have intentionally

ll

discriminated against me and have conspired with Mr. Shwartz and with Ms. Lahlum and other Maricopa community colleges district in violation of 42 USC 1983 under the color of the law, 1981,1985 , 1986 because of conspiracy among other statutes as will be shown during the trial. Above all, the last day of school was February 4, 2017, Dr. Gresco lied by saying the last day of school was 1/28/17 when all other teachers knew that the last day of class was 2/4/2017 and granted extension and they will testify that the last day of school was 2/4/17 not 1/28/17 as Dr. Gresco deliberately lied as will be shown during the trial. Therefore, there is no doubt that Dr. Gresco lied and also intentionally discriminated as Ms. Pyles did pursuant to the instruction given by Mr. Schwartz. In short, Mr. Schwartz, Dr. Gesco and Ms. Pyles violated 42 USC 1983, 1981, 1985 and 1986 because their conspiracy. Once again, to refute the Monell "defence" please refer to Buckner V. Toro, 1997 cited above in the case of 42 USC 1983 only while 42 USC_1981, 1985 and 1986 are always valid even without Buckner V. Toro case cited above.

9.Defendant Matthew Jolly is an English Teacher who has been teaching English 101 at the Gateway Community College in Phoenix, Arizona for many years. Plaintiff was taking English 101 during Summer 2016 with Mr. Jolly among other things in the past. On or about June 5, 2016, Mr. Jolly called me and told me that he can help me concerning my English 101 class and he would like to meet with me. Then, I told him that my Grades in English are mostly "A"s.        Therefore, I do not need any help from him. Then, Mr. Jolly called me again on or about June 7, 2016 and told me that he wants to meet with me again. Then, I told him that I have no reason to meet with him and I openly told him not to call me again because I am not interested in any kind of relationship.

10. Despite the fact that I told him clearly that I am not interested in any kind of relationship, Mr. Jolly called me again on or about June 11, 2016 and told me that my grade will be a lot better if I meet with him and have a " relationship" with him. Then, I told him that once again that I am not that kind of person and once again I told Mr. Jolly that I am not interested in a relationship as I told him on June 7, 2016. Above all, I will get "A" without anybody's help and even if I do not get "A" that is OK. Therefore, I told Mr. Jolly not to call me again since this is clearly a sexual harassment. This time, my phone was on a speaker and the witnesses heard everything Mr. Jolly said and they indicated their willingness to testify about what they heard if necessary.

11.Then, he graded my Essay one as a retaliation and as a warning  because I rejected

9

his sexual advance. Then, on 6/26/2016 I wrote him and asked him to explain his grading regarding My Essay One and explain how he arrived at that grade. Then, he called me again on or about 6/29/2016 and Mr. Jolly said to me that "as I told you earlier you would have had a better grade If I had "cooperated" and Mr. Jolly refused to explain how he graded my Essay one.

10. Since I write excellent Essays and that is why I got "A"s in my most of English courses. Above all I spend a lot of time especially in my written work. Because, I knew that Mr. Jolly retaliated and discriminated against me because I rejected his sexual advance. Therefore, there is no doubt in my mind that the sole reason that Mr. Jolly assigned a low grade  was because of sexual harassment and because I rejected the sexual advance of Mr. Jolly. In that regard, I wilbring an English Expert witness to evaluate all of My Essay Papers in order to convince the Jury during a Jury Trial.

10. Once I mentioned that I will bring expert witnesses, Mr. Jolly knew that he will be exposed because he cannot convince anyone that my paper deserves a low grade. Since my paper is a well-organized paper unlike other papers, my former teachers usually appreciated my papers. While, Mr. Jolly did not question Essay one that I wrote it, now the main problem is if expert witnesses testify that my papers are all "A" papers, then Mr. Jolly will have a big problem. As a result, on 7/25/2016, for the first time Mr. Jolly claimed that I had plagiarized on my Essays just a week before the end of Summer Semester and defamed me by publishing in the internet about "my plagiarism" and violated defamation laws because not only plagiarism is defamatory but also Mr. Jolly knew from the beginning that Mr. Jolly's statement is false. As a result, plaintiff was crying and was totally crushed and damaged. This being the case Mr. Jolly violated 42 USC 1981 and 42 USC 1983 under the Color of the Law since Gateway Community College and Maricopa County Community Colleges District ( MCCCD) are affiliated with the State of Arizona among other statutes as will be shown during the trial.  Above all, Mr. Jolly also violated Title IX of the Education Amendment of 1972 ( Title IX) because of his sexual advance and Sexual Harassment. In addition, Mr. Jolly also violated 28 U.S. Code 4101 because of Defamation since Mr. Jolly falsely accused me of in the internet that I have plagiarized when in fact that I did not. In that regard, Mr. Jolly adding insult to injury for rejecting sexual advance, Mr. Jolly totally fabricated Plagiarism and defamed me and severely damaged my character and my reputation. This being the case, because of racial and sexual harassment and defamation just because of sexual advance by Mr. Jolly and because I suffered so much, I am entitled to a relief beyond

speculation. That clearly satisfies the Bell Alantic V Twombly requirements, See U.S. Supreme Court Ruling, 550, 555, 570 et.al (2007)

11. Then, I requested Mr. Jolly to produce any evidence in order to show that plaintiff was involved in any kind of plagiarism. However, since he never had any proof of plagiarism, Mr. Jolly wanted to change the law that states "a person is innocent until proven guilty" to "a person is guilty until proven innocent" and asked me to prove my innocence. Then, I clearly told him that is not how the law works. Instead, the burden of proof is on Mr. Jolly not on Plaintiff. In other words, Mr. Jolly has to prove beyond reasonable doubt that plaintiff has indeed plagiarized. However, Mr. Jolly can never prove that because it never happened!  Above all, plaintiff does not even know how someone proves his innocence. For instance if one is falsely accused of murder, how does that person proves his innocence. Therefore, that is why the law requires that a person has to be proven guilty beyond reasonable doubt and that is why the law clearly states that "a person is innocent until proven guilty."

12. Then, on 7/26/2016 Mr. Jolly asked me in writing (and I have a copy of the letter) to come to his office and talk to him and he will determine from my conversation whether I have plagiarized or not. In other words, as he repeatedly asked me to come to his office or to another place and he will decide whether I should get "A" or "F" depending upon whether I accept Mr. Jolly's sexual advance or not. The other amazing thing is that if I do not agree to come to his office and I do not agree to his sexual advance, then Mr. Jolly will award me "F" for English 101 and he did exactly that and the Grade "F" is shown in my Transcript for English 101.  Therefore, there is no doubt that Mr. Jolly has been involved in sexual harassment racial discrimination and defamation and retaliation against me among other things mentioned, as people who I told every day I talked with Jolly, will testify during the trial and  as will be shown during the trial how Mr. Jolly violated the above mentioned laws.

13. I told to my  friends  everything about the sexual advances made towards me by Mr. Jolly by reporting every day reporting about every conversation that I had with Mr. Jolly

on the day it happened. Therefore, they are ready to testify during the Trial in a court of law.

II

14. Mr. Jolly has conspired with Dean Jake Rivera and former racist English teachers during the Fall Semester of 2015. As a result, a notice of claim was served to the appropriate office of Maricopa Community Colleges in accordance with the law. In the case of Dean Rivera, he called several people in his office so that the people can testify falsely against me because   Mr. Jolly and Mr. Rivera   fabricated the so called "Plagiarism" and somehow these two could fabricate false testimony because Mr. Rivera came to my Math class to harass me as the defendants admitted in their Answer to Plaintiff's Complaint while I was taking a Math test, Mr. Rivera and his body Guard in order to take me by force to Mr. Rivera Office in which there were several people already waiting for me without any advance notice to me so that those people waiting in Mr. Rivera's office to give a false testimony about what I might have said in Rivera's Office in order to sabotage my lawsuit or to hurt me in any way possible. Therefore, there is no doubt that there was a big conspiracy between Mr. Jolly and Mr. Rivera on the one hand and Mr. Rivera and the people on the other who were waiting for me in Mr. Rivera's office. Mr. Rivera went to great length to conspire with Mr. Jolly in particular with Maria wise, Ms. Olson, Ms. Zeka in particular and with the people waiting in his office and at Gateway Community college and Mr. Rivera violated 42 USC 1981 and specifically 42 USC 1983 under the Color of the lawdue to the fact that Gateway Community College and the Maricopa County Colleges District are affiliated with and financed by the State of Arizona. Therefore, Jake Rivera, and Mr. Jolly violated 42 USC 1983, 1981, and because the conspiracy described above violated 42 USC 1985 and 1986, and Sexual Harassment Statutes, and 14th Amendment Due Process and equal protection.

16. Mr. Jake Rivera on or about 9/3/15 asked me if he can meet with me outside of Gateway Community college since he began to talk to me for about few months while he was helping me with financial aid and I was suddenly shocked for asking me to meet with him out of Campus. Fortunately we were out of his office. Then, after few moments, I told him that I am a religious person and I am not that kind of person to meet someone like that. Then, he asked me again the same questions on 9/10/15 and 9/21/15 and was very upset and I told him not to ask me again because I am not interested in him. Mr. Rivera told me that if you refuse to say yes, that he will make up

12

something and suspend me from Gateway as well as from all of Maricopa Community Colleges. Then, I told him that is clearly Sexual Harassment. Then, Mr. Rivera said, you have no witnesses and how are you going to prove since it is your words against mine.

II

Then, I decided to tell my friends. Then, on October 21, 2015, once again Mr. Rivera caught me while I was walking on Campus at Gateway CC and told me that this is the last warning before he Suspends me from the Gateway CC unless I agree to his sexual advances. Then, I told him loudly and clearly I will scream if you ever come near me again and I will file a sexual harassment lawsuit against him. That is why I filed the current lawsuit.

17. As a result, Mr. Jolly and Mr. Rivera violated 42 USC 1981, 1983, 1985 and 1986 statutes  and Sexual Harassment and Defamation laws including Title IX of the Education Amendments of 1972 and 28 U.S. Code 4101  not to mention Privacy Rights of  Federal and State Laws as will be shown during the Trial.

18. Last time, Mr. Rivera came with a security guard on or about July, 2016 to practically carry me by force and force me to testify so that the people in Mr. Rivera's office can misquote me. As a result, Mr. Rivera has intimidated and harassed me and discriminated against me because of my race, black and national origin. Mr. Rivera is not even a normal person who understand the laws and due process and privacy rights and he was discussing my confidential information to my Math class students and the Teacher by totally disrespecting and defaming me, and interrupting the Teacher and the students and their Math Tests. I am wondering even how unqualified people like him could be appointed as a Dean when the Man does not even know basic laws who attempts to take me by force to his office.

19. Now, he has put a hold on my financial aid and I found out on August 8, 2016 since he wants to talk to me in order to ambush me and force me to talk to me instead of writing or email me and explain the purpose the meeting and depending on the purpose I could go to the meeting or not. Therefore, because of his clear racial discrimination because of my race, black and national origin and defamation against me and because Mr. Rivera is also retaliating because I filed several complaints to the Maricopa Community Colleges. Mr. Rivera also by conspiring with Mr. Jolly is falsely accusing me of Plagiarism. As a result, Mr. Rivera violated so many laws  as shown below. Above all, Mr. Rivera has been harassing, intimidating me since September2015 and I had to file complaint and notice of Claim to former Chancellor Rufus Glasper as well as to

14

appropriate office of Maricopa county Community Colleges in accordance with the law.

ll

20. Therefore, both Mr. Jolly and Mr. Rivera as well as Maricopa Community Colleges were served with the Notice of Claim in November, 2015 and in February, 2016 and were served in accordance with the law. Therefore, Defendants Jolly and Rivera as well as Maricopa County Community colleges District(MCCCD) have violated 42 USC 1981, 1983, 1985 and 1986 Statutes and Sexual Harassment and Defamation Laws as well as privacy Rights, including Title IX and 28 U.S. Code 4101.

21. Kyoko Olson is associated with the Learning center. Ms. Olson has a thick Japanese accent who barely speaks English regardless of her English Educational background and qualification. I do not believe that she is qualified to teach ESL 298. Mr. Kerry happened to be one of the nicest people I have ever met. By nature, Mr. Kerry respects all human beings. As a result, Mr. Kerry has given her too much respect to Ms. Olson and he is the one who encouraged her to teach ESL 298. In the beginning, I made a lot of progress on my own without any help from Ms. Olson.

22. Ms. Olson is mostly either sick or she had to go to the Doctor because of the surgeries she has had. Therefore, even though with my knowledge of English I may not be able to evaluate Ms. Olson's knowledge, what I can confidently say is, Ms. Olson is not healthy enough to teach because of her continuous need to see the Doctor and because of that she does not come to class and I lost plenty of opportunity to learn because of her absence. However, I am very grateful to the Indian Teacher who has been by far more Knowledgeable than Ms. Olson and an excellent teacher. Although, as a human being, I obviously sympathize with Ms. Olson because of her illness. However, I believe that Ms. Olson is racist as some Japanese are and they hate black people. As a result, she discriminated against me because of my race, black and nationalorigin. At the same time, during the Fall Semester on October 8, 2015, 10/15/15, and Ms. Olson conspired with Jessica Zeka to hurt me and she also conspired on 11/30/15, 12/1/15 and12/5/15 and 12/7/15, with Roxanne Beckstrom – Sternberg and lowered my grade from "A" to "C" because of racial discrimination, retaliation for filing complaint against her. Ms. Zeka and Beckstrom – Sternberg lowered my grade and by conspiring with each other on the one hand and all of them conspiring with Dean Jake Rivera and all them violated 42 USC 1981, 42 USC 1983, and because the above mentioned conspiracy with racial animus have violated 42 USC 1985 and 1986 as well as 14th Amendment dueprocess violations against me.

15

23. Above all, now by conspiring with her fellow Japanese Motoyuki Nakagome, she has prevented me from enrolling for Math 121 in Mr. Nakagome Class since Mr. Nakogome himself admitted on 9/3/16 after I went to his Class that he told me directly that he would have enrolled me right now if it were not for some people in the administration who would fire me immediately and Nakagome named Mr. Rivera, Olson and Dr. Wise. As a result, it has become very clear that the conspiracy between Ms. Olson and Mr. Nakagome on the one hand and the conspiracies between Ms. Olson and Mr. Rivera, Dr. Maria Wise, Jessica Zeka, Matthew Jolly, and Ms. Sternberg on the other, has resulted in discrimination, defamation and retaliation. As a result, Ms. Olson has violated 42 USC 1981, 1983, 1985 and 1986 as well as 28 U.S. 4101.

24. Dr. Maria Wise although she is a coordinator to protect women from sexual harassment, She is collaborating with the main sexual harasser, Mr. Rivera and has been a supporter of his    sexual harassment and she has been supporting Mr. Rivera's suspension of me on 8/29/16when Mr. Rivera  was served with my lawsuit (Complaint) and Summons  on 8/17/16. That is clearly a retaliation  by Mr. Rivera against me for filing a lawsuit against Mr. Rivera and others.

25. Dr. Maria Wise by conspiring with Ms. Suzanne Ringle, the Financial Aid Director, has deliberately delayed my Financial Aid so that my registration was cancelled. Above all, the Distric officials lifted my administrative hold. However, and Ms. Suzanne Ringle, the Financial Director and her assistant Sydney Craig and    have already blocked my registration and Kristie Fok, the registrar, are  putting  back administrative hold as well last Friday, 9/2/16 put back the block  in order to sabotage my registration.  Ms. Fok and Sydney Craig threatened on 9/2/16 that I will not be allowed to register. Therefore, the conspiracy of Dr.Maria Wise, Ms. Suzanne Ringle and Ms. Kristie Fok as well as the assistants Sydney Craig  is very clear and all violated 42 USC 1981, 1983, 1985 and 1986 as well as other mentioned statutes as will be shown during the Trial.

26. Motoyuki Nakagome is a Math teacher and by conspiring with his fellow Japanese, Ms. Kyoko Olson, on the one hand and with Jake Rivera is sabotaging and is preventing me from enrolling in Math 121 and trying to delay my studies in Nursing since the delay in Math 121 will further delay in my taking the final Math course of Math 151 and Mr. Nakagome is deliberately preventing me from enrolling in Math 121. In that regard, during the fall Semester, on or about 9/3/2016, I went to  Mr. Nakagome's Math Class and I saw some empty seats and asked him why he does not want to enroll me in this

17

class and I asked Mr. Nakagome. Then, Mr. Nakagome honestly and openly told him on 9/3/16 that he can not enroll me right now because Mr. Nakagome told me that "I will be fired meaning he will be fired if Kidist Chereka isenrolled." That is why he cannot enroll me. The best part is that 4 students heard him telling me that when Mr. Nakagome said Dean Rivera will fire Nakagome." and I have a proof that he did exactly tell Plaintiff that. Therefore, I will first present the 4 witnesses during the trial and after that I call Nakagome to testify and Nakagome will admit at the end. Therefore, I will prove the conspiracy of the defendants once and for all. I have also told my friends about 9/3/2016 incident and about the ongoing conspiracy. This being the case, it is very clear that Ms. Olson, Dr. Wise and Mr. Rivera were threatening Mr. Nakagome not to enroll me, plaintiff in his Math Class and I have a proof that these People were conspiring against this Plaintiff. In summary, the above named Defendants have clearly violated 42 USC 1981, 1983, 1985 and 1986 and Title IX of Sexual harassment and because of Defamation, defendants violated 28 U.S. Code 4101 as will be shown during the trial.

27. Ms Kathrine Lahlum is an English 101 teacher where the web of conspiracy followed me from Gateway Community College all the way to Rio Salad College because racial discrimination because of my race, black and because of my national origin. Thus, because of racial discrimination and sexual harassment, instead of enrolling for English 102, I had to enroll for English 101 again with Ms. Kathrine Lahlum and the web of conspiracy had already reached Rio Salado and my own teacher, Mrs. Lahlum has been the Agent of Mr. Schwartz, and the Gateway CC and Mrs. Lahlum dropped me from her class on or about December 5, 2016 and 12/5/2016 happened to be the day you cannot add any courses after that day. The main purpose of Mr. David Schwartz and Gateway CC was even if I enroll in other colleges after I lose my money, I will be dropped from the class. This is the plan that was implemented by Mr. Schwartz. This is clearly a criminal act by Mr. Schwartz that is why a lawsuit was filed against him. Therefore, defendant Schwartz by telling what to do to Mrs. Lahlum directly or indirectly by conspiring with each other and with others have made racial discrimination and retaliation a piece of cake and I have witnesses who *will testify* during the Trial. As a result, both Mr. Schwartz and Mrs. Lahlum violated 42 USC 1981, 42USC1983 under the color of the law and because of conspiracy, Schwartz and Lahlum violated 42 USC 1985 and 1986 as well as violated the due process of 14th Amendment to the U.S. Constitution.

18

28. Mindy Zapata is probably the most racist woman in the United States and she took out my son from the preschool and replaced him with a Hispanic and she was not even ashamed and she told me that there is nothing I can do since Ginger Ward is" in my pocket." As She said, Ginger Ward is also not only racist but also very lazy and I am ready to show in a court of law. Both Zapata and Ward discriminated against my son not to mention that we are U.S citizens while a significant of the students do not know a word of English showing that they are illegal Aliens. I will contact San Francisco and Washington D.C. since Zapata and ward have to be exposed and the must be stopped since they are practicing racism in our own country. As a result, Mindy Zapata, Ginger Ward, EDUCARE and Southwetern Human Development are openl practicing racial Discrimination in which Zapata and Ward falsely claimed that my son did not show up because he was sick and discriminated against him to find an excuse when they were notified and I have witnesses as will be shown during trial. As all of the defendants violated 42 USC 1983, !981, under the color of the law and also violated 42 USC 1985 and 1986 and she expelled my son in or about April, 2016 and the above defendants woounty, State of Arizona and The Superior cort of Arizona has the proper jurisdiction and venue is proper."

## MEMORANDUM OF POINTS AND AUTHORITIES

29. "Before ordering suasponte dismissal of informa pauperis complaint ... Trial Court must permit issuance and service of process, must notify plaintiff of proposed action and afford him an opportunity to submit a written argument and must give statement of reasons for dismissal and opportunity to amend.

ACKER V. CSO CHEVIRA (APP. DIV. I, 1997) 188 ARIZ 252. There are similar statements in Federal cases. In this case, plaintiff has requested this Judge that U.S. Marshall accomplish service on the remaining defendants. However, this Judge has simply ignored this Plaintiff's request.

19

30."Amendment of pleadings should be freely allowed at any time of proceedings"

(App. Div. 2, 1970) 13 Ariz. App 520, 478 P.2d 135.

31."Merits of facts are not to be decided in consideration of motion to amend complaint."

Hernandez V. Maricopa County Superior County. (1972) 108 Ariz 422, 501 P2d. 6

32. Courts and its members are proper defendants in 1983.

446 U.S. 719 100 S. Ct 1967. Supreme Ct V. Coms Union (1980)

33."Private parties who conspire with immune Officials may be sued under 42 USC 1983"

Slotnick V. Stavsky (1977 CA.1 Mass) 560 F.2d 31 Cert. denied

34. Private Citizens acting in concert with public in acting under the color of the law for the purposes of 42 USC 1983."

35.Jennings V. Stuman (1977, CA. 3 Pa.) 567 F. 2d 1213.33. Section 1981 provides causes of action for Public and Private discrimination ..." Jeff V. Dallas Indep. School Dist. (1986 CA. 5) 798 F. 2d. 1244 (1989) 491 U.S. 701 Federation of Afr Am. Contr. V. City of Oakland 1996, CA. 9 CAL) 96 F. 3d. 1204.

36. "Violation of 42 USC 1981 does not require action under the color of the law."(1972SD. Texas), (1974 CA. 5, Tex)

### III. REQUEST FOR RELIEF

WHEREFORE, PLAINTIFF prays for judgment against the Defendants each of them as follows:

A. In the amount of $2,000,000 each defendant (2 Million Dollars Each Defendant).

B. For compensatory and punitive damages.

C. In addition in such amount as may be shown upon trial hereof as and for special damages.

II

D. For interest on the above sums from the date of judgment until paid.

E. For court costs incurred and to be incurred herein, plus Attorney Fees.

F. For such other relief as the court deems just and equitable.

### DEMAND FOR TRIAL BY JURY

Plaintiff respectfully requests for a trial by Jury on any issue that may be submitted to a Jury.

The above amended complaint is true and correct to the best of my knowledge and I am making the said statement under penalty of perjury.

Respectfully submitted this 3rd day of March, 2017

Kidist S Chereka

KIDIST S. CHEREKA,

502 N. 51ST STREET # 125,

PHOENIX, ARIZONA 85008,

(602) 516 – 4925

21

# EXHIBIT B

Person Filing: _Kidist S Chercka_
Address (if not protected): _202 N 51st Street_
City, State, Zip Code: _Phoenix, AZ 85008_
Telephone: _602-576-4920_
Email Address: _KidistChercka@yahoo.com_
Lawyer's Bar Number: _____
Representing ☐ Self, without a Lawyer  or  ☑ Attorney for  ☐ Petitioner  OR  ☐ Respondent

MICHAEL K. JEANES, CLERK
BY
J. LEWIS, FILED
17 MAR -3  PM 5: 01
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Kidist S Chercka_

_____
PLAINTIFF,

vs.

_David R. Schwartz, et al_

_____
DEFENDANT.

Case Number: CV 2017-004281

## CERTIFICATE OF
## COMPULSORY
## ARBITRATION

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does** / **does not** exceed limits set by Local Rule for compulsory arbitration.  This case **is** / **is not** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this _3rd_ day of _March_, 20_17_.

BY _Kidist S Chercka_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CV00f - 080814
Use current version

# EXHIBIT C

MICHAEL.K. JEANES. CLERK
BY _____  .0æ°
J. LEWIS. FILE@

17 MAR -3 PM 5: 0@

**[Name and address of Surety]**
*Application for Deferral or Waiver of Court Fees or Costs/ Form 15*

Name of Person Filing Document:  Kidist S Chercka
Your Address:  502N 51st street
Your City, State, and Zip Code:  Phoenix, AZ 85008
Your Telephone Number:  602 - 516 - 4925
Attorney Bar Number (if applicable): _____
Attorney E-mail Address _____
Representing ☐ Self (Without an Attorney) OR
☒ Attorney for ☐ Petitioner ☐ Respondent

## ARIZONA COURT OF APPEALS
## DIVISION ONE

Kidist S Chercka
**Name of Petitioner/Plaintiff**

Case Number: CV 2017 - 004281

**Superior Court Case**

No._____

David R. Schwartz et al
**Name of Respondent/Defendant**

**APPLICATION FOR DEFERRAL OR WAIVER
OF COURT FEES AND/OR COSTS  AND
CONSENT TO ENTRY OF JUDGMENT**

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Additional details about this process are discussed in the *"Consent to Entry of Judgment"* section of this application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

I am requesting a deferral/waiver of the following fees and/or costs in my case:
(Notice to electronic filers: The $6.00 application fee charged by TurboCourt is not eligible for a waiver or deferral and is due at the time of each submission)

**The basis for the request is:**

1.    [ ] **DEFERRAL:**

A.    [ ]    I receive governmental assistance from the state/federal program(s) marked below:
            [ ] Temporary Assistance to Needy Families (TANF)
            [X] Food Stamps
                                        **OR**

B.    [ ]    My income is insufficient or is barely sufficient to meet the daily essentials of life, and
            includes no allotment that could be budgeted for the fees and costs that are required to
            gain access to the court.
            **NOTE:** To determine whether income is insufficient or barely sufficient, the court will
            review your income and expenses.  Among the factors the court may consider are:
            1.    Whether your gross income as computed on a monthly basis is 150% or less of
                  the current federal poverty level.  Gross monthly income includes your share of
                  community property income if available to you.
            2.    If your income is greater than 150% of the poverty level, but you have proof of
                  extraordinary expenses (including medical expenses and costs of care for elderly
                  or disabled family members) or other expenses that the court finds are
                  extraordinary that reduce your gross monthly income to at or below 150% of the
                  poverty level.
                                        **OR**

C.    [ ]    I do not have the money to pay court filing fees and/or costs now.  I can pay the filing
            fees and/or costs at a later date. **Explain.** _____
            _____

2.    [ ] **WAIVER:**

A.    [X]    I am permanently unable to pay.  My income and liquid assets are insufficient or barely
            sufficient to meet the daily essentials of life and unlikely to change in the foreseeable
            future.

B.    [ ]    I receive government assistance from the federal program Supplemental Security Income
            (SSI).

---

NOTE: Every applicant, regardless of his or her financial circumstances, must complete the
Financial Questionnaire (below). If you submit the Application and Financial Questionnaire in
person, you <u>MUST</u> sign it in front of the court clerk; if you submit the form by mail or by a third
party, you <u>MUST</u> sign it in front of a notary public. You must submit proof that you receive
governmental assistance. If you submit the Application and Financial Questionnaire by mail or
by a third party, please attach a copy of your proof of governmental assistance.

---

**FINANCIAL QUESTIONNAIRE**

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support
and/or spousal maintenance/support for):
      **NAME**                                    **RELATIONSHIP**

      _____           _____

      _____           _____

      _____           _____

**STATEMENT OF INCOME AND EXPENSES**

**ASSISTANCE:** I receive assistance from:
- [X] Arizona Health Care Cost Containment System (AHCCCS)
- [ ] Arizona Long Term Care System (ALTCS)
- [ ] Other (explain):_____

**MONTHLY INCOME:** My monthly income is:

Monthly gross income: $ _Rent corn_

Employer name:_____

Employer address: _____

Employed since (month/year):_____

Other current monthly income, including spousal
maintenance/support, retirement, rental, interest, pensions,
scholarships, grants, royalties, lottery winnings
(explain amount and source): $ _____

_____

My spouse's monthly gross income (if available to me): $ _____

**TOTAL MONTHLY INCOME** $ 375.00

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 90.00 | $ |
| Car Payment | $ | $ |
| Credit Card Payments | $ | $ |
| Other payments & debts | $ | $ |
| Explain: COX | 35 | |
| Food/Household supplies | $ | |
| Utilities/Telephone | $ 40.00 | |
| Clothing | $ 100.00 | |
| Medical/Dental/Drugs | $ | |
| Health Insurance | $ | |
| Nursing care | $ | |
| Laundry | $ 50.00 | |
| Child Support | $ 300.00 | |
| Child Care | $ | |
| Spousal Maintenance | $ | |
| Car Insurance | $ 80.00 | |
| Gasoline/Bus Fare | $ 20.00 | |
| Contributions to Employer or Other Retirement Account | $ | |

**TOTAL MONTHLY EXPENSES** $ 405.00

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.    Equity is defined as market value minus any liens or loans.

**ESTIMATED VALUE**

| | |
|---|---|
| Cash and Bank Accounts | $_____ |
| Credit Union Accounts | $_____ |
| **Equity** in: | |
| 1. Home | $_____ |
| 2. Other property | $_____ |
| 3. Cars/other vehicles | $ 4000 _____ |
| 4. Other, including stocks, bonds, etc. | $_____ |
| 5. Retirement accounts | $_____ |

**TOTAL ASSETS**                                    $ 4000 _____

**EXTRAORDINARY EXPENSES:** For example, unusual medical needs, financial hardship, costs of care of elderly or disabled family members.  (Proof must be submitted.)

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**TOTAL EXTRAORDINARY EXPENSES**                $_____

Note: If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due.  This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs.  The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.

**If your case is dismissed for any reason, the fees and costs are still due.**

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment.  Judgment may be entered against me unless any one of the following applies:

A.    Fees and costs are taxed to another party;
B.    I have an established schedule of payments in effect and I am current with those payments;
C.    I file a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending; ·
D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.    Within twenty days of the date the court denies the supplemental application, I either: ·
      1.    Pay the fees and/or costs; or,
      2.    Request a hearing on the court's order denying waiver or further deferral.  If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

**The contents of this document are true and correct to the best of my knowledge and belief.**

03-03-17
Date

MAR 03 2017
Date Signed or Affirmed

My Commision Expires/Seal:

_Kidist Chereka_
Signature
_Kidist S Chereka_
Printed Name ·

MICHAEL K. JEANES, CLERK

Judicial Officer, Deputy Clerk or Notary Public

J. Lewis
Deputy Clerk

# EXHIBIT D

Person Filing: Kidist S Chereka
Address (if not protected): 502 N 51st Street
City, State, Zip Code: Phx AZ 85008
Telephone: 602 - 576 - 4928
Email Address: _____
Lawyer's Bar Number: _____

MICHAEL K. JEANES, CLERK
BY
J. Lewis
J. LEWIS, FILED
17 MAR -9 PM 5: 02

Representing ☐ Self, without a Lawyer  or  ☒ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Kidist S Chereka
**Name of Petitioner/Plaintiff**

Case Number: CV 2017-004281

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

David R. Schwartz et al
**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT
THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name) Kidist S Chereka :

1.  ☐  IS NOT ELIGIBLE FOR A DEFERRAL of fees and costs.
    **OR**
2.  ☒  IS ELIGIBLE FOR A DEFERRAL of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.
    **OR**
3.  ☐  IS ELIGIBLE FOR A DEFERRAL of fees and costs at the court's discretion (A.R.S. § 12-302(L)).
    **OR**
4.  ☐  IS ELIGIBLE FOR A DEFERRAL of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.
    **OR**
5.  ☐  IS ELIGIBLE FOR A WAIVER of fees and costs because the applicant is permanently unable to pay.
    **OR**
6.  ☐  IS ELIGIBLE FOR A WAIVER of fees and costs at the court's discretion (A.R.S. § 12-302(L)).
    **OR**
7.  ☐  IS NOT ELIGIBLE FOR A WAIVER of fees and costs.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF
Page 1 of 3
GNF18f – 060115
Use current version

Case Number: _____

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

    ☐ The application is incomplete because _____

    **You are encouraged to submit a complete application.**

    ☐ The applicant does not meet the financial criteria for deferral because _____

    _____
    **A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and costs in this court:

    ☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

    **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

    ☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

    ☐ **SCHEDULE OF PAYMENTS.**
    The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and costs in this case.

☐ **WAIVER IS GRANTED** for all fees and costs in this case that may be waived under A.R.S. § 12-302(H).

    ☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

    ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

    ☐ Fees for service by publication.

    ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

    ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

Case Number: _____

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

A. Fees and costs are taxed to another party;

B. The applicant has an established schedule of payments in effect and is current with those payments;

C. The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

D. In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

E. Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

1. Pays the fees and costs; or,

2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: 3/3/17

[ ] Judicial Officer     [ ] Special Commissioner

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f - 060115
Use current version

# EXHIBIT E

**In the Superior Court of the State of Arizona**
**In and For the County of** _____

Case Number _____

CV2017-004281

MICHAEL K. JEANES, CLERK
BY _____ DEP
_____ Lewis
J. LEWIS, FILED

Is Interpreter Needed?  ☒ Yes ☐ No
If yes, what language:

Ethiopia

17 MAR -3  PM 5: 02

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)     Plaintiff's Address:     Phone #:     Email Address:
Kidist S Chercka     502 N 17st Street
Phoenix, AZ 85008

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)     David R. Schwartz · et · al

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:     ☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC

☐ Election Challenge     ☐ Employer Sanction     ☐ Other _____
(Specify)

☐ RULE 8(h) COMPLEX LITIGATION APPLIES. Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category. The words** "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☑101 Non-Death/Personal Injury
☒102 Property Damage
☐103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐111 Negligence
☐112 Product Liability – Asbestos
☐112 Product Liability – Tobacco
☐112 Product Liability – Toxic/Other
☐113 Intentional Tort

☐114 Property Damage
☐115 Legal Malpractice
☐115 Malpractice – Other professional
☐117 Premises Liability
☐118 Slander/Libel/Defamation
☐116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐121 Physician M.D.     ☐123 Hospital
☐122 Physician D.O     ☐124 Other

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f – 120116

Case No._____

## 130 CONTRACTS:

- ☐ 131 Account (Open or Stated)
- ☐ 132 Promissory Note
- ☐ 133 Foreclosure
- ☐ 138 Buyer-Plaintiff
- ☐ 139 Fraud
- ☐ 134 Other Contract (i.e. Breach of Contract)
- ☐ 135 Excess Proceeds-Sale
- ☐ Construction Defects (Residential/Commercial)
  - ☐ 136 Six to Nineteen Structures
  - ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Eviction Actions (Forcible and Special Detainers)
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☐ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action
  (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ 187 Real Property
- ☐ Special Action against Lower Courts
  (See lower court appeal cover sheet in Maricopa)

- ☐ 194 Immigration Enforcement Challenge
  (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute- Other
- ☐ 190 Declaration of Factual Innocence
  (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only
- ☐ 177 Interpleader– Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination
- ☐ 185 Employment Dispute-Other
- ☐ 195(a) Amendment of Marriage License
- ☐ 195(b) Amendment of Birth Certificate
- ☐ 163 Other _____
  (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types
- ☐ A Complex Case as defined by Rule 8(h) ARCP

## Additional Plaintiff(s)

_____

_____

## Additional Defendant(s)

_____

_____

©Superior Court of Arizona In Maricopa County
ALL RIGHTS RESERVED

CV10f - 120116

# EXHIBIT F

# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorney for Defendant Maricopa County
Community College District

## ARIZONA SUPERIOR COURT

## MARICOPA COUNTY

| | |
|---|---|
| KIDIST S. CHEREKA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. SCHWARTZ, MINDY ZAPATA, GINGER WARD, MATTHEW JOLLY, Mr. JAKE RIVERA, Dr. JENNIFER GRESCO, JACQUELINE PYLES, JOHN DOE, MARIA WISE, KRISTIE FOK, SUZANNE RINGLE, MOTOYUKI NAKAGOME, KYOKO OLSON, SYDNEY CRAIG, ROXANNE BECKSTROM-STERNBERG, JESSICA ZEKA, KIMBERLY KERSHNER, Dr. MARIA HARPER-MARINICK, KATHERINE LAHLUM, MARY ROSAS, Dr. KISHIA BROCK, MARICOPA COUNTY COMMUNITY COLLEGES DISTRICT, GATEWAY COMMUNITY COLLEGE AND RIO SALADO COMMUNITY COLLEGE, ARIZONA EDUCARE, SOUTHWEST HUMAN DEVELOPMENT, INC.,<br><br>Defendants. | NO. CV 2017-004281<br><br>NOTICE OF APPEARANCE |

Notice is hereby given that the law firm Udall Shumway, PLC, acting through attorney David R. Schwartz, hereby appear as counsel of record for Defendant Maricopa County Community Colleges District whose true name is Maricopa County Community College District ("District").

DATED: March 9, 2017.

UDALL SHUMWAY PLC

_____ /s/ David R. Schwartz_____
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, AZ 85201
Attorneys for Defendant Maricopa County
Community College District

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically transmitted the attached document to the Clerk's Office using Arizona Turbo Court for filing and transmitted the document as stated below:

Via regular mail and e-mail (kid2044144@maricopa.edu) to:

Kidist S. Chereka
502 N. 51st Street, #125
Phoenix, AZ 85008
Plaintiff Pro Per

__ /s/ Kimberly Kershner__
Kimberly Kershner
4858224.1
109883.011

2